PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee
## Report on Offender Under Supervision

Name of Offender: <u>Marcus Decarlo Odom</u>    Case Number: <u>3:03-00027-06</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>April 22, 2004</u>

Original Offense: <u>Travel in Interstate Commerce with Intent to Commit Violence in Furtherance of Drug Trafficking and Aiding and Abetting, 18 U.S.C. §§ 1952 and 2.</u>

Original Sentence: <u>136 months' custody followed by 3 years' Supervised Release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>March 28, 2014</u>

Assistant U.S. Attorney: <u>To be determined</u>    Defense Attorney: <u>Jeffrey S. Frensley</u>

---

THE COURT ORDERS:

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this <u>10th</u> day of <u>April</u>, 2014, and made a part of the records in the above case.

Honorable Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Lisa A. Capps
Sr. U.S. Probation Officer

Place: <u>Columbia, Tennessee</u>

Date: <u>April 9, 2014</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance:**

On April 2, 2014, Mr. Odom submitted a urine sample at the U.S. Probation Office which tested positive for marijuana. Mr. Odom admitted that he had used marijuana while at the halfway house (Diersen Charities) approximately 35 days earlier. Mr. Odom was reminded of the conditions of his release, specifically the condition to refrain from unlawful use of a controlled substance.

### Compliance with Supervision Conditions and Prior Interventions:

Marcus Odom is a resident of Wilson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since March 28, 2014. He is employed at Wendy's Old Fashioned Hamburgers in Lebanon, Tennessee, and attends barber school at Genesis Career College, Lebanon, Tennessee. He lives with his mother and daughter in Lebanon, Tennessee. The probation officer completes frequent unannounced home visits at the offender's residence.

Mr. Odom has been referred to Cumberland Mental Health, Lebanon, Tennessee, for an intake assessment to determine whether he should participate in substance abuse treatment. He was placed on the random drug testing program at the U.S. Probation Office in Nashville, Tennessee.

### U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no action be taken by the Court, so that Mr. Odom can participate in substance abuse treatment if recommended. Therefore, it is recommended Mr. Odom continue on supervised release and undergo increased monitoring by the probation officer, and that this violation be held in abeyance. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____ for
Vidette Putman
Supervisory U.S. Probation Officer